## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 8:07cr376** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **VICTOR RIVERA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On October 26, 2007 at the request of the government, the court granted an extra twelve days for the government to provide Rule 16 discovery.  The government's Rule 16 discovery deadline was extended to November 14, 2007.

On January 11, 2008 the defendant filed a Motion to Continue Jury Trial (#16) and a Motion to Reveal the Identity of an Informant (#17).  The defendant advises that on January 10, 2008 he received from the government an FBI interview report of a confidential informant.  It is unclear from the motions whether this report is new, or whether the government failed to timely disclose the report.

**IT IS ORDERED:**

1.  Defendant's Motion to Continue Trial (#16) is granted.  The trial now set for January 29, 2008 is cancelled, and will be rescheduled by further order after the pending Motion to Reveal the Identity of an Informant is resolved.

2.  The defendant's Motion to Reveal the Identity of an Informant (#17), shall be set for hearing.

3.  The government shall inform the court, in writing, on or before **January 18, 2008**, as to the reason why the FBI interview report was not disclosed until January 10, 2008.

Dated this 14th day of January 2008.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge