IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR376 |
| | ) | |
| VICTOR RIVERA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Continue [22] the previously scheduled hearing on the Motion to Reveal the Identity of Informant [17]. The motion is granted and the hearing will be rescheduled.

IT IS ORDERED:

1. That the defendant's Motion to Continue [22] is granted; and

2. That the hearing on the Motion to Reveal the Identity of Informant [17] is rescheduled to **March 7, 2008** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 21st day of February, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge